UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

United States of America,

        Plaintiff,

vs.                       ORDER ADOPTING THE REPORT
                                      AND RECOMMENDATION

Rex Lee Furman,

        Defendant.                Criminal No. 14-323 (DSD/LIB)

* * * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of the United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED** that:

1. Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure, [Docket No. 21], is **DENIED**.

2. Defendant Motion to Suppress Statements, Admissions, and Answers, [Docket No. 22], is **DENIED**.

Dated: March 11, 2015

                                                            s/David S. Doty
                                                             DAVID S. DOTY, Judge
                                                              United States District Court