UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 14-323 (DSD/LIB) |
| | ) | |
| v.        Plaintiff, | ) | |
| | ) | **STATEMENT OF FACTS IN** |
| | ) | **SUPPORT OF EXCLUSION** |
| REX LEE FURMAN, | ) | **OF TIME UNDER** |
| | ) | **SPEEDY TRIAL ACT** |
| Defendant. | ) | |

Pursuant to 18 U.S.C. § 3161(h)(7)(A), I, Rex Lee Furman, the defendant in this case, agree to the following statement in support of my motion to exclude time under the Speedy Trial Act.

My current charges carry a mandatory 45-year sentence. My attorney needs extra time to review the evidence, investigate my case and to prepare for a trial. Currently, my health is of the upmost concern to me and I need additional time to prepare for trial with my attorney. As such, I request that the period of time from now until October 30, 2015, be excluded from the time in which I would otherwise have to be brought to trial on my case.

I have discussed this matter with my attorney. I voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act.

Dated 8/27/25

_____
REX LEE FURMAN
Defendant

Dated: 8/27/2015

MANNY K. ATWAL
Attorney ID No. 282029
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415